# AFFIDAVIT IN SUPPORT OF APPLICATION FOR ARREST WARRANT

I, Jason M. Guyton, being duly sworn, do herby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), currently assigned to HSI Cleveland, Ohio. I have been employed with HSI since March 2009. As part of my daily duties as an HSI Special Agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251(a), 2252(a) and 2252A(a). I have received training in child pornography and child exploitation investigations and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I teach child exploitation investigations to new agents at the HSI Academy and have presented at multiple national and international conferences related to these investigations. I have written numerous affidavits in support of search and arrest warrants related to investigations of child pornography, online enticement, and other child exploitation crimes.

2. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code .

3. This affidavit is submitted for the limited purpose of establishing probable cause that Minor Said MIRANDA DAMAS ("MIRANDA DAMAS"), age 38, currently in the custody of the United States Marshals Service at Northeast Ohio Corrections Center (NEOCC), 2240 Hubbard Road, Youngstown, Ohio, 44505, violated Title 18, United States Code, § 2252(a)(2), Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct and Titel 18, United States Code, § 2252A(a)(5)(B), Possession or Access with Intent to View Child Pornography.

4. The statements in this affidavit are based in part on information provided by HSI agents and analysts, the Allegheny Township Police Department (ATPD), the Akron Police Department (APD) and on my investigation of this matter. This affidavit includes only those facts that I believe are necessary to establish probable cause and does not include all the facts uncovered during the investigation.

**RELEVANT STATUTES**

5. This investigation concerns alleged violations of the following:

a) Title 18, United States Code, Section 2252(a)(2) prohibits knowingly receiving or distributing, by computer or mail, any visual depiction of minors engaging in sexually explicit conduct that has been mailed, shipped, or transported in interstate or foreign commerce. That section also prohibits knowingly reproducing any visual depiction of minors engaging in sexually explicit conduct for distribution in interstate or foreign commerce by any means, including by computer or the mail.

b) Title 18, United States Code, Section 2252A(a)(5)(B) prohibits the knowing possession or access with intent to view child pornography that has been mailed or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## INFORMATION REGARDING NCMEC

6. The National Center for Missing & Exploited Children (NCMEC) was incorporated in 1984 by child advocates as a private, non-profit organization to serve as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further their mission to help find missing children, reduce child sexual exploitation, and prevent future victimization, NCMEC operates the Cyber Tipline and Child Victim Identification Programs. NCMEC makes information submitted to the Cyber Tipline and Child Victim Identification Programs available to law enforcement and uses this information to help identify trends and create child safety and prevention messages. As a national clearinghouse, NCMEC also works with Electronic Service Providers (ESPs), law enforcement, and the public in a combined effort to reduce online child sexual abuse images. NCMEC does not act in the capacity of or under the direction or control of the government or any law enforcement agency. NCMEC does not independently investigate and cannot verify the accuracy of the information submitted by reporting parties.

7. Cyber Tipline Reports are initially submitted to NCMEC. Anyone can submit a Cyber Tipline Report, although the majority of Cyber Tipline Reports I review are submitted by ESPs such as Google, Facebook, Instagram, Yahoo, Microsoft, Dropbox, and the like. Cyber Tipline Reports from ESPs typically contain information about the subscriber, such as the subscriber's username, email address, telephone numbers, and IP address history. Cyber Tipline Reports will also contain the child exploitation material that caused the ESP to initiate the report. That child exploitation material is often image or video files of child pornography as defined by federal law

**<u>PROBABLE CAUSE</u>**

8. On April 23, 2026, the Allegheny Township (Pennsylvania) Police Department (ATPD), received a report of an 11-year-old female victim (DOB: XX/XX/2015) who distributed sexually explicit images and/or videos of herself to a "20 or 21-year-old male" Snapchat user. The minor victim (hereinafter "MV1") was using her family's "lifeline phone" without permission and subsequently signed up for a Snapchat account by providing a false age (14). MV1's mother discovered the Snapchat account and reported finding videos of MV1 masturbating with a toy as well as videos of the family dog licking MV1's genitals. MV1's mother provided the cellphone to ATPD when she made this report.

9. ATPD Detective Richard Brant subsequently conducted a consent search of the cellphone MV1 was using and located the Snapchat application. In his Incident Report Detective Brant wrote in part: "I did observe CSAM material depicting REDACTED in various states of undress, both in photographic images and video. The images depict REDACTED in a state of nudity. The videos depict REDACTED masterbating (SIC) with an object as well as receiving

oral sex from a dog.". Additionally, Detective Brant observed that MV1 was communicating with and subsequently disseminating her files depicting CSAM to Snapchat users "dylan20262026" and "adde202626".

10. On April 24, 2026, Detective Brant served an administrative subpoena to Snapchat for subscriber information related to the accounts "dylan20262026" and "adde202626". On May 7, 2026, Snapchat provided the following:

(A) Snapchat Account: adde202626

Username: adde202626

User ID: "88266751-89fc-44a1-a74f-08ad21079a1b"

Email Address: abbel438@gmail.com

Account Creation: 2026-03-07 02:42:11 UTC

Creation IP Address: 35.39.102.240 (Boost Mobile)

Associated IP Address: 184.54.25.177 (Spectrum)

Display Name: Yaly

Status: Active

Account History Change: No data found

(B) Snapchat Account: dylan2026

Username: dylan20262026

User ID: "bf16eb10-c5d9-4566-904c-b456176ef1b7"

Email Address: kylee20262026@gmail.com

Account Creation: 2026-03-14 00:43:27 UTC

Creation IP Address: 35.33.246.131 (Boost Mobile)

Associated IP Address: 184.54.25.177 (Spectrum)

Display Name: Dylan

Status: Active

Account History Change: No data found

Of note, both accounts were created using a Boost Mobile IP address and both accounts have the exact same "Associated IP Address" with Spectrum (184.54.25.177). Further, Snapchat records indicate both accounts were created/accessed using a Samsung Galaxy Tab A7 Lite (Wi-Fi version) running Android 14 software[1].

11. On May 7, 2026, Detective Brant served an administrative subpoena to Boost Mobile for IP addresses 35.39.102.240 and 35.33.246.131. Boost Mobile reported that they do not have the capability to search using a target IP address.

12. On May 7, 2026, Detective Brant served an administrative subpoena to Spectrum for IP address 184.54.25.177. On May 14, 2026, Spectrum provided the following:

Subscriber Name: Dilian Miranda

Service Address: 62 BACHTEL AVE APT FRNT, AKRON, OH 443111904 (SUBJECT PREMISES)

User Name or Features: DILIANMIRANDA5@GMAIL.COM,

Phone number: (330) 354-1816

Account Number: 8361100012406835

---

[1] The Samsung Galaxy Tab A7 lite is an entry-level, compact 8.7-inch tablet with 32GB of storage, lightweight metal frame, and dual front and rear facing cameras.

Lease Log: Start Dat: 2/26/2025 6:51 AM

13. On May 15, 2026, Detective Brant obtained a search warrant authorized by a Blair County Common Pleas Judge for the content of the Snapchat accounts of "dylan20262026" and "adde202626". Detective Brant reviewed the content of these accounts and observed the CSAM files depicting MV1. In addition to MV1, Detective Brant observed at least thirty-five (35) additional accounts that shared CSAM or suspected CSAM with these two users. In his Incident Report, Detective Brant wrote the CSAM content appeared to be of "pre-pubescent to young teenagers and teenagers" and the files depicted both females and males, nude, engaging in masturbation, or involved in bestiality.

14. On May 25, 2026, Detective Brant submitted a deconfliction request to NCMEC for the Snapchat accounts identified above and learned that the email address, kylee20262026@gmail.com, was associated with a previous Cyber Tipline Report (238346907) submitted by Snapchat that was assigned to the Akron Police Department (APD). This connection was based on the shared IP address 184.54.25.177 that resolved to the SUBJECT PREMISES as identified in paragraph 15. Detective Brant contacted APD and learned that they received several Cyber Tipline Reports dating back to 2024 that resolve to the SUBJECT PREMISES and had an active investigation.

15. On June 9, 2026, Affiant was contacted by APD Detective D.R. Marks regarding an investigation involving the SUBJECT PREMISES and a suspect they identified as Minor Said MIRANDA DAMAS (hereinafter MIRANDA DAMAS). Detective Marks stated that between December 2, 2024, and April 14, 2026, APD received twenty-three (23) Cyber Tipline Reports (Google and Snapchat) that included IP addresses that resolve to the SUBJECT PREMISES.

Detective Marks explained that all these Cyber Tipline Reports included at least one (1) image of CSAM to include what was described as, "nudity, sexually suggestive poses, simulated sexual intercourse, and actual sexual intercourse involving at least one prepubescent juvenile".

16. As part of APD's investigation, they obtained a search warrant authorized by a Summit County Common Pleas Judge for the content of thirty-five (35) different Google accounts associated with twelve (12) different Cyber Tipline Reports Google made to NCMEC. Affiant reviewed the list of Google accounts and noted that many included variations of the name MIRANDA DAMAS to include: mmmminor497@gmail.com; minormiranda908@gmail.com; mmirandam2024@gmail.com; mirandaminor561@gmail.com; miranda2025202525@gmail.com; minorm963@gmail.com. APD's investigation revealed that these Google accounts were all accessed by multiple different Android devices (including cellphones and tablets) based on Configuration Service Data reports provided by Google.

17. During a review of the Google account contents that were provided in response to the ADP search warrant, law enforcement observed the accounts contained hundreds of image and video files depicting suspected CSAM. In addition, APD found the following relevant screenshots: (1) A Chase Bank direct deposit set-up form listing "Minor Said" with the address "62 Bachtel Ave, Akron, OH 44311" (SUBJECT PREMISES); A letter from the Internal Revenue Service addressed to "Minor Said Miranda Damas" at "62 Bachtel Ave, Akron, OH 44311" (SUBJECT PREMISES). In addition, APD found various images (including "selfies") of an adult male.

18. HSI Cleveland compared the images of the adult male found in the Google accounts mentioned above to a law enforcement database and found that this male was visually

similar to Minor SALINAS-REYES (aka Minor Said MIRANDA DAMAS; DOB: XX/XX/1988; FBI # 14628KC2; Alien (A) # 2000070137). Database checks indicated that this individual had previously been encountered by the United States Border Patrol and United States Immigration and Customs Enforcement and removed from the United States on multiple occasions dating to September 2005. Record checks further indicated this individual may have an active warrant related to the possession of a controlled substance (Cocaine) in Boone County, Illinois dating to May 2022.

19. APD provided Affiant with a copy of the content of these Google accounts and in addition to the screenshots mentioned above, Affiant observed the following relevant screenshots: (1) A valid Republica De Honduras passport (# E2088030) issued to "Minor Said Miranda Damas", DOB: XX/XX/1988; (2) An expired Republica De Honduras passport (# E476294) "Minor Said Miranda Damas", DOB: XX/XX/1988; (3) A screenshot of a cellphone listing "Contact Information" with phone number +13303299216 and email addresses "mmirandam2024@gmail.com", "mirandamminor481@gmail.com", and "mainormiranda18@gmail.com". Affiant observed that the individual pictured on the passports is visually similar to the adult male whose images are observed throughout the Google accounts. Affiant notes that the adult male pictured in the Honduran passports closely resembles the pictures contained in law enforcement databases of Minor SALINAS-REYES (aka Minor Said MIRANDA DAMAS).

20. On June 16, 2026, HSI Cleveland served a Department of Homeland Security Summons (HSI-CL-2026-066096-001) Boost Mobile/DISH Wireless LLC for subscriber and customer information related to **330-329-9216**. This was the phone number that was listed in the

"Contact Information" as noted in paragraph 22. On that day, Boost Mobile provided the following information in response to this summons:

Subscriber Name: Amanda Damas

Subscriber & Billing Address: 62 Bachtel Ave, Akron, OH (SUBJECT PREMISES)

Account Activation Date: 05/05/2023

Account Status: Active

Phone # Assignment Date(s): 05/05/2023 06:30:28 – Currently Active (UTC)

21. Affiant continued to review the content of the Google accounts provided by APD and confirmed they contained hundreds of image and video files that meet the definition of child pornography to include the following:

a) "Snapchat-1680414977-1t6hoyo1kiaa.mp4" is a 45 second video file that depicts a close-up of a naked prepubescent female's genitals and anus. Throughout the video an adult male engages in genital to anal sexual intercourse on the child. Neither individuals' face is visible.

b) "Snapchat-1823839759-1It6hqdfyxsgi.mp4" is a 2 minute 39 second video file that depicts a toddler female, naked from the waist down, lying on her back exposing her genitals and anus to the camera. Throughout the video an adult male engages in genital to anal sexual intercourse on the toddler. Neither individuals' face is visible, but Spanish language programming is audible in the background.

c) "Google-CT-RPT-225098193-23ffc9d054582896b38a06eba3f3f96d-Snapchat-258793042.mp4" is an 8 second video file that depicts a naked prepubescent male lying on his back on a bed with his penis exposed to the camera. During the video

the boy inserts a large black marker into his anus. The child is looking into the camera throughout the video.

d) "Snapchat-1111417491-1bms2izolf6q.mp4" is an 8 second video file that depicts a naked prepubescent female sitting on the floor with her legs spread exposing her genitals to the camera. Throughout the video, the child inserts a blue toothbrush into her vagina and masturbates with it. The child is looking into the camera throughout the video.

22. In addition to the files of CSAM, Affiant observed hundreds of screenshots depicting Snapchat usernames/accounts. These accounts appear to be displayed on a cellphone or tablet that is not the one being used to capture the image.

23. On July 23, 2026, at approximately 05:25 hours, Affiant, S/A James Asher, and S/A Aaron Beggs began surveillance at the SUBJECT PREMISES. At approximately 07:40 hours agents observed a Hispanic male resembling MIRANDA DAMAS exit the SUBJECT PREMISES and enter a white Chevy Silverado bearing Ohio temporary license plate V425317 that was parked in the driveway. Agents continued to follow this individual as he drove to a scrap yard in Cleveland, Ohio. At approximately 09:00 hours agents ended surveillance when this individual entered interstate 480 from Broadway Avenue in Cleveland.

24. On July 28, 2026, Affiant learned that MIRANDA DAMAS had been encountered by the Solon Police Department on July 23, 2026, at 11:59 hours (approximately three hours after HSI Cleveland's surveillance was terminated). Affiant reviewed a Solon Police investigative report which indicated MIRANDA DAMAS was driving a white 2015 Chevy Silverado bearing Ohio temporary license plate V425317 on Cochran Road in Solon (same

vehicle and plate observed by HSI Cleveland). When officers ran the plate in a law enforcement database it showed it expired on 06/13/2026 and was issued to a Tesla. When asked for a driver's license, MIRANDA DAMAS presented a Honduras passport. Affiant reviewed a copy of the passport, and it matches the one observed in the Google accounts described in paragraph 22. When asked by officers for his address, MIRANDA DAMAS provided 62 Bachtel Ave, Akron, OH, 44311 (SUBJECT PREMISES). When asked by officers for his phone number, MIRANDA DAMAS provided **330-329-9216**. MIRANDA DAMAS was subsequently arrested by Solon Police for Fictious Plates (M4) and taken to their station for processing.

25. Affiant learned that on July 24, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Office (ERO) Cleveland took MIRANDA DAMAS and his personal property into custody from the Solon Police Department jail. Included in his personal property was a Celero 5G cellphone that MIRANDA DAMAS was using when encountered by Solon police. ERO Cleveland processed MIRANDA DAMAS and transferred him along with his property to the Northeast Ohio Correctional Center (NEOCC) in Youngstown, Ohio.

26. On July 28, 2026, HSI Cleveland S/A Mark Bodo retrieved the Celero 5G cellphone, which was powered off, from NEOCC. HSI Cleveland subsequently obtained a search warrant for this phone from United States Magistrate Judge Amanda M. Knapp (Case No. 5:26mj1129) on August 5, 2026. The charging port on the phone was damaged and could not be forensically examined by HSI Cleveland. This phone is currently being evaluated for advanced extraction suitability by the HSI Cyber Crimes Center (C3).

27. Affiant notes as mentioned in paragraphs 13 and 19, that the Google and Snapchat accounts associated with CSAM were created and/or accessed by multiple different Android

devices, to include a Celero cellphone, that were utilizing the IP address at the SUBJECT PREMISES.

28. On August 4, 2026, Affiant interviewed MIRANDA DAMAS at NEOCC in relation to this investigation. A Spanish speaking Customs and Border Protection Officer (CBPO) was present and assisted with the interview. The interview was video recorded, and MIRANDA DAMAS was provided with Miranda Rights verbally and in writing before he voluntarily consented to speak with Affiant.

29. During the interview MIRANDA DAMAS stated that he moved to the SUBJECT PREMISES in June or July 2026. Affiant showed MIRANDA DAMAS a list of Google accounts and was asked if any looked familiar. MIRANDA DAMAS studied the list and pointed to one, "msaidmira@gmail.com", and claimed it looked familiar and that he used to use it. Affiant asked why he no longer used this account and MIRANDA DAMAS stated, "I just didn't get into, to my account, long time ago, so, then I started to, that's when I made the other one".

30. On October 5, 2026, Affiant completed a full examination of the contents of the "msaidmira@gmail.com" account as provided by Google in response to the APD search warrant. This review showed that the account contained approximately eighty-nine (89) video files and approximately ten (10) image files depicting suspected CSAM. Four (4) of these files can be more fully described as follows:

a) Video "Snapchat-375803125-1l0z42e73if9e.mp4" is 10 seconds long and depicts a prepubescent female who is naked from the waist down on her knees. The video begins with the child looking into the camera, before she spins around and points her buttocks at the camera. The child's genitals are fully visible, and she

has what appears to be a tube of makeup inserted in her anus. The child continues to push the tube in and out of her anus for the remainder of the video.

b) Video "Snapchat-1819202515-1l8kkt3llcmma.mp4 is 9 seconds long and begins with a prepubescent male standing in a shower in a pair of shorts. The child pulls his shorts down to expose his genitals to the camera before he turns around, bends over, and pulls his buttocks apart exposing his anus to the camera. This child then moves off camera, and a second prepubescent male enters the frame and pulls down his pants exposing his naked buttocks.

c) Video "Snapchat-1556952084-1l26iw9oakymq.mp4" is 9 seconds long and depicts a naked early pubescent female in a bathroom. The child is leaning back with her legs spread exposing her genitals to the camera. Throughout the video, the child pushes a green toothbrush in and out of her vagina. The child's face is clearly visible throughout.

d) Video "Snapchat-2036723838-1l1vr1uft9yq.mp4 is 10 seconds long and depicts two prepubescent girls wearing pajamas with the camera on the ground pointing up at them. During the video, both girls pull down their pants and arch their backs fully exposing their genitals to the camera. The children also bend over while dancing exposing their bare buttocks to the camera before the video concludes.

31. Additionally, S/A Guyton observed multiple image files of residential siding projects, construction supplies, and tools. One of these can be more fully described as follows:

a) "IMG_20250715_094406_884-1-1lenjysil8umq.jpg" depicts a residential window and window frame. In the reflection from the window a male, who appears to be MIRANDA DAMAS, is holding a bright white phone and is taking the picture. The artifact information from this image shows it was taken with a Celero5G SC model device using the MediaTek Camera application.

32. Further, Affiant reviewed over 4,000 emails that were included in the contents of the account provide by Google for "msaidmira@gmail.com". Following is a selection of emails that are relevant to this investigation:

a) Email received on 5/1/2026, from "noreply@creditacceptance.com" with subject line "AutoPay Schedule Notice". The body of the email is addressed, "Dear MINOR MIRANDA DAMAS" and shows they setup an automatic recurring monthly payment from their bank account in the amount of $559.64 beginning on 06/01/2026.

b) Email received on 5/19/2025, from "Google <no-reply@google.com>" with subject line "Mad, finish setting up your Dish Celero5G 5C device with Google". The body of the email includes, "Take one minute to set up your Dish Celero5G 5C device with Google", and includes a "Get started" link/URL.

c) Email received on 5/23/2025, from "Team Snapchat <no_reply@snapchat.com>" with subject line "View your Snapchat messages!". The body of the email includes, "You have unread messages waiting on Snapchat", and includes a "View now" link/URL. The body of the email also includes three different Snapchat users that have unviewed chat messages with this user.

d) Email received on 5/19/2025, from "Team Snapchat <no_reply@verifysnapchat.com> with subject line, "ALERT! New Snapchat Login Attempt". The body of email includes, "Hi jelly2025202525, It looks like someone logged into your account from a device "Android" on May 18, 2025 at 23:04 EDT. The login took place somewhere near Barberton, OH, UNITED STATES".

33. Lastly, Affiant's review showed that "msaidmira@gmail.com" sent multiple different emails to different recipients asking if they needed siding or residential contracting crews. In some of these exchanges, account claims that they work in the Akron and Cleveland area. The account also claims they have proper insurance and work permits to conduct installation and general construction.

**CONCLUSION**

34. Based on the above information, there is probable cause to believe that Minor Said MIRANDA DAMAS violated Title 18, United States Code, § 2252(a)(2), Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct and Title 18, United States Code, § 2252A(a)(5)(B), Possession or Access with Intent to View Child Pornography.

Jason M. Guyton
Special Agent
Homeland Security Investigations

Sworn to via telephone after submission by reliable electronic means [Fed. R. Crim. P. 4.1 and 41(d)(3)] on this 9th day of November 2026.

CARMEN E. HENDERSON
UNITED STATES MAGISTRATE JUDGE